**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEGGY DINKEL, VALARIE GADSON<br>and DEIDRE BECKFORD,<br>       Plaintiffs,<br><br>   v.<br><br>MEDSTAR HEALTH INC. and<br>WASHINGTON HOSPITAL CENTER,<br>       Defendants. | Civil Action No. 1:11-CV-00998-CKK<br><br>Judge Colleen Kollar-Kotelly |

**DECLARATION OF NICHOLAS A.  MIGLIACCIO IN SUPPORT OF PLAINTIFFS'
MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d) FOR A
CONTINUANCE TO TAKE DISCOVERY, INCLUDING DEPOSITIONS OF
DEFENDANTS' WITNESSES WHO HAVE SUBMITTED AFFIDAVITS IN SUPPORT
OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CONCERNING PLAINTIFFS' UNIFORM MAINTENANCE CLAIM**

I, Nicholas A. Migliaccio, hereby declare as follows:

1.      I am counsel for Plaintiffs in the above-captioned matter.  The statements contained in this Declaration are based on first-hand knowledge gathered through my involvement in this case.

2.      In support of their Motion for Partial Summary Judgment, Defendants have proffered the declarations of three employees, Gary M. Brown, RN, Dionne Ross, RN, and Kathleen Chapman.  Among other things, these declarants provide sworn statements, based on their work at Defendants' Washington Hospital Center Facility.  These statements relate to several disputed matters in this litigation, including: that Plaintiffs washed their work uniforms with their street clothes; Plaintiffs did not take special care in laundering their work uniforms; and Plaintiffs were not required to iron their work uniforms much less clean them after each day's use.

3.      Despite the relatively early stage of this litigation and the relatively scant

discovery Defendants have provided to date, Plaintiffs believe that the evidentiary record in this

matter contains sufficient proof that genuine issues of material fact exist with respect to each of

these four issues such that Defendants' Motion for Partial Summary Judgment should fail.

4.      If, after its review of Defendants' Motion for Partial Summary Judgment and the

current factual record, the Court has any question about whether these four issues are, in fact,

disputed, Plaintiffs respectfully request additional time to take discovery on these issues,

including the depositions of Defendants' declarants and written discovery concerning

Defendants' infection control and patient safety practices as relates to the appearance and

uniform maintenance policies, procedures and instructions applied to Plaintiffs and the Class

members.

5.      This additional discovery will provide Plaintiffs with a fair opportunity to test and

counter discovery that Defendants provided for the first time in the context of their Motion for

Partial Summary Judgment, offset any undue prejudice or unfairness caused by the timing of

Defendants' discovery and permit the Court to consider and resolve the merits of Plaintiffs'

uniform maintenance claim on a complete factual record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of March, 2012.

/s/ Nicholas A. Migliaccio
Nicholas A. Migliaccio (D.C. 484366)
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave., N.W., Suite 605
Washington, D.C.  20036
(202) 429-2290

*Counsel for Plaintiffs and the Putative Class*

2