## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEGGY DINKEL, VALARIE GADSON, AND DEIDRE BECKFORD, for themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MEDSTAR HEALTH INC. AND WASHINGTON HOSPITAL CENTER, <br><br> Defendants. | Civil Action No. 1:11-CV-00998-CKK |

## STIPULATION OF DISMISSAL OF ERIN EDWARDS

The parties hereby stipulate and agree that the claims of Plaintiff, ERIN EDWARDS, are

hereby dismissed pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

Dated: May 21, 2013

                                                Respectfully submitted,


By:/s/ Nicholas A. Migliaccio          By:/s/ Elizabeth Young
Nicholas A. Migliaccio                 Paul DeCamp
DC Bar # 484366                        DC Bar # 476244
Whitfield Bryson & Mason LLP           Elizabeth Young (*pro hac vice*)
1625 Massachusetts Ave., NW            Jackson Lewis LLP
Suite 605                              10701 Parkridge Blvd., Suite 300
Washington, DC 20036                   Reston, Virginia 20191
(202) 429-2290                         (703) 483-8300

*Attorneys for Plaintiff and Opt-Ins*   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing document was electronically filed with the Clerk's Office served using this court's CM/ECF system on May 21, 2013 which will then serve a notice of electronic filing (NEF) on all parties of record.


/s/ Nicholas A. Migliaccio
Nicholas A. Migliaccio

2