UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEGGY DINKEL, VALARIE GADSON, and
DEIDRE BECKFORD, for themselves and all
others similarly situated,

       Plaintiffs,

       v.

MEDSTAR HEALTH, INC., and
WASHINGTON HOSPITAL CENTER,

       Defendants.

Civil Action No. 11-00998 (CKK)

**ORDER**
(June 26, 2014)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 26th day of June, 2014, hereby

**ORDERED** that Defendants' [97] Motion to Dismiss With Prejudice Plaintiffs That Failed to Fulfill Their Discovery Obligations is GRANTED IN PART and DENIED IN PART Specifically:

(a) Defendants' motion is GRANTED insofar as it seeks to dismiss members of the Meal Break Class who failed to satisfy their discovery obligations;

(b) Defendants' motion is DENIED WITHOUT PREJUDICE insofar as it seeks to dismiss members of the Uniform Maintenance Class who have failed to respond to Defendants' interrogatories or appear as scheduled for depositions.

(c) Defendants' motion is DENIED WITHOUT PREJUDICE insofar as it seeks attorneys' fees; and it is further

**ORDERED** that Plaintiffs' counsel shall mail a copy of the contemporaneously issued Order directed at non-responsive members of the Uniform Maintenance Class to each such member of the Uniform Maintenance Class within three (3) business days of this Order. The Order instructs these opt-in Plaintiffs that if they do not provide the necessary written discovery and explain their previous failure to respond to Defendants' individualized interrogatories within thirty (30) days of the issuance of the Order, their claims will be dismissed with prejudice from this litigation; and it is further

**ORDERED** that Plaintiffs' counsel shall mail a copy of the contemporaneously issued Order directed at no-show members of the Uniform Maintenance Class to each such member of the Uniform Maintenance Class within three (3) business days of this Order. The Order instructs these opt-in Plaintiffs that if they do not indicate availability and willingness for a future scheduled deposition and explain their previous failure to appear for depositions within thirty (30) days of the issuance of the Order, their claims will be dismissed with prejudice from this litigation.

**SO ORDERED.**

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge