**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEGGY DINKEL, VALARIE GADSON, and DEIDRE BECKFORD, for themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MEDSTAR HEALTH, INC., and WASHINGTON HOSPITAL CENTER,<br><br>　　　　Defendants. | Civil Action No. 11-00998 (CKK) |

**ORDER**
(June 26, 2014)

By separate Order issued this day, the Court grants in part and denies in part Defendants' [97] Motion to Dismiss With Prejudice Plaintiffs That Failed to Fulfill Their Discovery Obligations. Upon consideration of Defendants' motion, it is hereby

**ORDERED** that all opt-in members of the Uniform Maintenance Class who have not provided full and complete responses to Defendants' interrogatories are directed to provide such responses along with an explanation for their previous failure to respond to these interrogatories within THIRTY (30) days of the date of this Order; and it is further

**ORDERED** that failure to provide the information required by this Order will result in dismissal with prejudice from this lawsuit.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　United States District Judge