**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PEGGY DINKEL, VALARIE GADSON, AND DEIDRE BECKFORD, for themselves and all others similarly situated

      Plaintiffs,

  v.

MEDSTAR HEALTH INC. AND WASHINGTON HOSPITAL CENTER

      Defendants.

Civil Action No. 11-0998 (CKK)

**MEMORANDUM ORDER**
(August 19, 2014)

By its June 26, 2014 [108] Memorandum Opinion in this case, the Court addressed the issue of opt-in Plaintiffs who had failed to fulfill their discovery obligations in this case. With respect to the Uniform Maintenance Class, the Court provided class members who failed to respond to individualized written discovery ("Non-Responsive Plaintiffs") and class members who failed to appear for scheduled depositions ("No-Show Plaintiffs") one final opportunity to show why their claims should not be dismissed. *See* Mem. Op., ECF No. [108] at 2. In accordance with the Court's instructions, Plaintiffs' counsel mailed the Non-Responsive Plaintiffs an Order instructing these opt-in Plaintiffs that if they did not provide the necessary written discovery and explain their previous failure to respond to Defendants' individualized interrogatories within thirty days of the issuance of the Order, their claims would be dismissed with prejudice from this litigation. *See* Order, ECF No. [109]; Joint Status Report, ECF No. [117] at 1. With respect to the No-Show Plaintiffs, Plaintiffs' counsel mailed an Order instructing these opt-in Plaintiffs to, within thirty days of the issuance of the Order, (a) explain

their previous failure to appear for depositions, and (b) indicate availability and willingness for a future scheduled deposition, or have their claims dismissed with prejudice from this litigation. *See* Order, ECF No. [110]; Joint Status Report, ECF No. [117] at 1.

On August 11, 2014, the parties filed a [117] Joint Status Report advising the Court as to the materials received in response to these Orders. Plaintiffs' counsel received completed responses to Defendants' interrogatories from nine previously non-responsive class members. *Id.* at 2. In addition, Plaintiffs' counsel received completed deposition requests from two class members who previously failed to appear for deposition. *Id.* at 3. The parties have now prepared a list of 168 Uniform Maintenance Class members who failed to fulfill their discovery obligations. *Id.* at 3-4 & Ex. A (Non-Responsive Uniform Maintenance Class Members). The parties expect that these class members will now be dismissed from the Uniform Maintenance Class. *Id.* Pursuant to its previous Memorandum Opinion and Orders, *see* Order, ECF No. [107]; Mem. Op., ECF No. [108]; Order, ECF No. [109]; Order, ECF No. [110], the Court dismisses these opt-in Plaintiffs from the Uniform Maintenance Class for failure to fulfill their discovery obligations.

In addition, the Court also clarifies which members of the Meal Break Class were dismissed pursuant to its [108] Memorandum Opinion and [109] Order. As discussed in the Court's Memorandum Opinion, Plaintiffs' counsel failed to contest Defendants' argument that opt-in members of the Meal Break Class who failed to satisfy their discovery obligations should be dismissed. *See* Mem. Op., ECF No. [98] at 15-17. Therefore, because the dismissal of these Plaintiffs was unopposed, the Court dismissed these opt-in Plaintiffs from the Meal Break Class. The parties have now prepared a list of the four non-responsive Meal Break Class members who they expect will now be dismissed from the Meal Break Class. *See* Joint Status Report, ECF No.

[117] at 1 & Ex. B (Non-Responsive Meal Break Class Members).  Pursuant to its previous Memorandum Opinion and Order, *see* Order, ECF No. [107]; Mem. Op., ECF No. [108], the Court clarifies that these opt-in Plaintiffs are dismissed from the Meal Break Class for failure to fulfill their discovery obligations.

Accordingly, because the parties agree that the following opt-in Plaintiffs should be dismissed pursuant to this Court's previous opinions and orders, it is, this 18th day of August, 2014, hereby

**ORDERED** that the following opt-in members of the Uniform Maintenance Class are DISMISSED WITH PREJUDICE:

1. PRECIOUS OLIVIA BETHEA

2. THERESA CARTER

3. YAA CATERNOR

4. ELLA JOHNSON

5. KATRINA CHATMAN

6. MICHELLE VANT

7. FAZALIT ALI

8. GLORIA WILLIS

9. MAUREEN ABBOTT

10. DIANA ADAMS

11. MICHELE ADDISON

12. OLUWATOYIN ADISA

13. JOSEPHINE AJAMI

14. BRUNEL ALCIDE

15. MARDELL ALEXANDER

16.  LYNDA ALILA

17. FELICIA AMAECHI

18. ARETHEA ANDERSON

19. JUNE ANDREWS-HONESTY

20. LILLIAN ARIHI

21. FLORENCE AWOSANYA

22. PAMELA BARAN

23. MARLENE BARBER

24. JOYCE BARNETT

25. KADIATOU BARRY

26. CRYSTAL BASSETT

27. ALICIA BATEMAN

28. MELVIN BATTS

29. SEAN BECKETT

30. NALIN BHUPORNVIVAT

31. SUZAN BINICK

32. LAKISHA BLOUNT

33. KRYSTAL BLUE

34. TINA BRACY

35. YANICK BRETOUX

36. MARGARET BROADY-SCOFIELD

37. MATHENIA BROWN

38. ANTOINETTE BROWN

39. ALICIA BUNCH-WILSON

40. TOINETTA CALDWELL

41. TORINA CARTER

42. TAMIKA CASTLEBERRY

43. FREDERICK CLARK

44. RAVEN CLARK

45. VALERIE COOK

46. RAYMOND CROWE

47. EILEEN DUFTON

48. STEPHANIE EATON

49. KELLY EVANS

50. SHERRY FINNEY-HOLLAND

51. DEBORA FLOYD

52. JAMES FORD

53. SUE GETHING

54. ADAMA GIBATEH

55. GERALDINE GIBSON

56. MARY GILLIGAN

57. SUSAN GIVENS-CROW

58. TAMIKA GLADNEY

59. ETHELLE GOULDSON

60. TOSHIA GREEN

61. AMY GRIFFIN

62. JASON GRUNDER

63. LATOYA HALEY

64. ADDIE HALL

65. JANET HANDON

66. JANICE HARRIS

67. JEAN HENRY

68. SARAH HOLLWAY

69. MARY HONEYGHAN

70. LOUIS HUNTER

71. DOLORES ICHNIOWSKI

72. CATHERINE IYEUWA

73. JOANN JACKSON

74. LADORA JACKSON

75. RITA JACKSON

76. WIESLAWA JAGODZINSKI

77. JONATHAN JOHNS

78. JANET JOHNSON

79. JAMES JOHNSON

80. THADDEUS JOHNSON

81. TORONDA JONES-HICKSON

82. JOY JOSEPH

83. HEATHER JOYCE-BYERS

84. KIDEST KASSA

85. CYNTHIA KELLEY-BARNES

86. WILLIAM KELLY

87. PAMELA KRAMER

88. MICHAEL LANG

89. DONNA LANGDON

90. AMBER LEASE GORDON

91. KEITH LIND

92. SHELLEY LINDSAY-LONG

93. COURTNEY LISANE

94. ANGELA LOGAN

95. KIMBERLY LOMAX

96. MELODIE MAINS

97. EARLINE MARCUS

98. CAROL MARKS

99. LUCY MARSHALL

100.     CHARLENE MATTOX

101.     CATHLEEN McCABE

102.     LAURA MENTZER

103.     JEFFREY MILLER

104.     DEMETRIUS MINGO

105.     ELEONORA MIRANO

106.     MAYUR MODY

107.   JULIE MOLDRZYK

108.   STEPHEN MORGAN

109.   DENICE MORTON

110.   CASSENDRA MOSER

111.   GERRY NEAL

112.   AUBREY NICHOLLS

113.   JIMMY NORMAN

114.   ADENIKE ODUYOYE

115.   FUNMILAYO OSHIN

116.   SYLVESTER PARKER

117.   TONIA PETTY

118.   JOE PHILLIPS

119.   LEONARD PINNOCK

120.   JOSEPH PRATT

121.   ZACHARY PROTO

122.   LORRAINE PULLIAM

123.   KIMBERLY QUIGLEY

124.   RAJINI RAJ

125.   IDA RAJI

126.   PAULETTE RAMSEY

127.   SHERRY RANDLE

128.   CHARLES REID

129.   TYRONE REID

130.   RAYSEAN RICHARDSON

131.   AMINAH ROBERTSON

132.   LUCINDA ROBINSON

133.   EVELYN ROBINSON

134.   MICHAEL ROGERS

135.   ALICIA RUCKER

136.   ROGER SCHWALM

137.   MELANIE SCHWARTZ

138.   RODNEY SCOTT

139.   THERESA SHAFER

140.   KELLY SHIPLEY

141.   BARBARA SMYTHE

142.   GERARD SODEN

143.   MATTHEW SOLEL

144.   JENNA SPINILLO

145.   SHANE STUFFT

146.   ANDREA SUMMERS

147.   ROSE TALLEY

148.   VIVIANE TANGE

149.   TSEDEY TASSEW

150.   BARBARA TOWNSEND

151.   RYAN TUCKER

152.   ANTIONETTE TURNER

153. EMEKA UNONU

154. HENRIETTA WALKER

155. ROSE WATERS

156. ARTHUR WILCOX

157. CYNTHIA WILLETT

158. WENDY WILLIAMS

159. NETASHA WILLIAMS

160. REGINA WILLINGHAM

161. IRMA WIMBUSH

162. TRACY WINGATE

163. VIRGINIA WINSTON

164. STEVEN WITHERSPOON

165. JOSEPHINE WOODARD

166. RONALD WOWKANYN

167. CHRISTOPHER WRIGHT

168. GEORGE WRIGHT

**IT IS FURTHER ORDERED** that the following opt-in members of the Meal Break

Class are DISMISSED WITH PREJUDICE:

1. BARBARA TOWNSEND

2. RAJINI RAJ

3. MARLENE BARBER

4. ADAMA GIBATEH

//

//

**SO ORDERED**.

\_\_\_\_\_/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge