IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Peggy Dinkel, *et al.*,

                Plaintiffs,

v.

MedStar Health, Inc., *et al.*,

                Defendants.

Case No. 1:11-CV-00998 (CKK)

### NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

**Clerk's Office**:

Please withdraw my appearance as counsel in this case for Defendants MedStar Health, Inc. and Washington Hospital Center. Defendants will continue to be represented by Emmett McGee and Keith Hudolin of Jackson Lewis and pursuant to Local Rule 83.6(b), Mr. Emmett McGee acknowledges such withdrawal and permits his signature on the foregoing on behalf of all Defendants in this case.

                Respectfully submitted,

Dated: October 3, 2017

| /s/ Emmett F. McGee | /s/ Paul DeCamp |
|---|---|
| Emmett F. McGee (D.C. Bar No. 456498) | Paul DeCamp (D.C. Bar No. 476244) |
| emmett.mcgee@jacksonlewis.com | pdecamp@ebglaw.com |
| Jackson Lewis PC | Epstein Becker & Green, P.C. |
| 2800 Quarry Lake Drive | 1227 25th Street, N.W. |
| Suite 200 | Washington, D.C. 20037 |
| Baltimore, Maryland 21209 | ph (202) 861-1819 |
| ph (410) 415-2003 | fax (202) 861-3571 |
| fax (410) 415-2001 | |
| | |
| Counsel for Defendants MedStar Health, Inc. and Washington Hospital Center | Counsel for Defendants MedStar Health, Inc. and Washington Hospital Center |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Withdrawal of Attorney Appearance was served on October 3, 2017 via the Court's electronic filing system on all counsel of record.

/s/ Paul DeCamp
Paul DeCamp (D.C. Bar No. 476244)