UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEGGY DINKEL, VALARIE GADSON, AND DEIDRE BECKFORD, for themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDSTAR HEALTH INC. and WASHINGTON HOSPITAL CENTER,<br><br>    Defendants. | Civil Action No. 11-998 (CKK) |
| DANIELLE FREEMAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDSTAR HEALTH INC., *et al.*,<br><br>    Defendants. | Civil Action No. 14-628 (CKK) |

**CONSENT ORDER**
(November 6, 2017)

The Court has received the parties' Joint Status Report. For good cause shown, and with the consent of the parties, the Court **ORDERS** as follows:

1. All pending deadlines are adjourned;

2. The Parties shall file settlement approval papers by **December 4, 2017**; and

3. The statute of limitations on the DCMWA uniform maintenance claims dismissed without prejudice in *Dinkel* shall continue to be tolled without lapse until **March 1, 2018**.

**SO ORDERED.**

Dated: November 6, 2017

                                                          /s/
                                                 COLLEEN KOLLAR-KOTELLY
                                                 United States District Judge