IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEGGY DINKEL, VALARIE GADSON,** and **DEIDRE BECKFORD,** for themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>**MEDSTAR HEALTH INC.** and **WASHINGTON HOSPITAL CENTER,**<br><br>  Defendants. | Civil Action No. 11-998 (CKK) |
| **DANIELLE FREEMAN, et al.,**<br><br>  Plaintiffs,<br><br>v.<br><br>**MEDSTAR HEALTH INC., et al.,**<br><br>  Defendants. | Civil Action No. 14-628 (CKK) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
SETTLEMENT APPROVAL PAPERS**

In its November 6, 2017 Consent Order, the Court ordered that all pending deadlines in *Dinkel v. MedStar Health Inc.,* No. 11-998 (CKK) ("Dinkel"), and *Freeman v. MedStar Health Inc.*, No. 14-628 (CKK) ("Freeman") were adjourned.  The Court's Order also stated that "the Parties shall file settlement approval papers by December 4, 2017."

The Parties hereby submit this Joint Motion for an Extension of Time to File Settlement Approval Papers.  Since the Court issued its November 6, 2017 Order, the Parties have worked diligently and cooperatively to resolve all outstanding issues with respect to completing the necessary paperwork for the Court's approval of the Parties' settlement, including the Motion to

Consolidate the *Dinkel* and *Freeman* proceedings, the Consolidated Amended Complaint, the Settlement Agreement, and the Motion for Settlement Approval. Unfortunately, due to the Thanksgiving holiday and the number of issues remaining to be resolved, the Parties will be unable to file the required settlement papers for the Court's approval by the December 4th deadline. As a result, the Parties hereby respectfully request that the Court extend the deadline to file settlement approval papers until December 18, 2017.

This Joint Motion is brought in good faith and will not cause prejudice to either Party. This Joint Motion is supported by good cause and granting it would further the sound and efficient administration of justice.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion in its entirety and extend the deadline for the Parties to file their settlement approval papers until December 18, 2017.

Respectfully submitted,

*/s/ Joshua B. Waxman*
Joshua B. Waxman, D.C. Bar 482135
S. Libby Henninger, D.C. Bar 976352
Littler Mendelson, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
202.842.3400 (telephone)
202.842.0011 (facsimile)
Email: jwaxman@littler.com
            lhenninger@littler.com

Angelo Spinola, admitted *pro hac vice*
LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA 30326
404.233.0330 (telephone)
404.233.2361 (facsimile)
Email: aspinola@littler.com

*Counsel for Freeman Defendants*

/s/ *Emmett F. McGee, Jr.*
Emmett F. McGee, Jr. (D.C. Bar No. 456498)
JACKSON LEWIS, P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2003
(410) 415-2001 fax
emmett.mcgee@jacksonlewis.com

*Counsel for Dinkel Defendants*

/s/ *David J. Cohen*
David J. Cohen (*pro hac vice*)
STEPHAN ZOURAS, LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
(312) 233-1560 fax
dcohen@stephanzouras.com

*Class Counsel*

December 1, 2017

**SO ORDERED.**

Dated: December ___, 2017    _____
                             COLLEEN KOLLAR-KOTELLY
                             United States District Judge