IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEGGY DINKEL, VALARIE GADSON, and DEIDRE BECKFORD**, for themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>　v.<br><br>**MEDSTAR HEALTH INC.** and **WASHINGTON HOSPITAL CENTER,**<br>　　　　Defendants. | **Civil Action No. 11-cv-998 (CKK)** |
| **DANIELLE FREEMAN, et al.,**<br>　　　　Plaintiffs,<br>　v.<br><br>**MEDSTAR HEALTH INC., et al.,**<br>　　　　Defendants. | **Civil Action No. 14-cv-628 (CKK)** |

## [PROPOSED] ORDER

After consideration of the Parties' Joint Motion To Consolidate Actions And For Leave To File Consolidated Amended Complaint, and finding good cause for the requested relief, it is hereby

**ORDERED** this Motion is GRANTED as follows:

1) Pursuant to Rule 42(a), the case captioned *Dinkel et al. v. MedStar Health Inc., et al.,* Case No. 11-cv-0998, is hereby consolidated with the case captioned *Freeman et al. v. MedStar Health Inc., et al.*, Case No. 14-cv-0628, under the first-filed case number; and

2) Plaintiffs are hereby authorized to file their proposed Consolidated Amended Complaint.

Dated: January \_\_\_\_, 2018　　　　　_____
　　　　　　　　　　　　　　　　　　**Colleen Kollar-Kotelly, U.S.D.J.**