IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEGGY DINKEL and DANIELLE FREEMAN, *et al.*, | : : : |
| Plaintiffs, | :   Civil Action No. 11-cv-998 |
| v. | : : |
| MEDSTAR HEALTH, INC., *et al.*, | : |
| Defendants. | : : |

**DECLARATION OF DAVID J. COHEN, ESQ.
IN SUPPORT OF UNOPPOSED FEE AND COST REQUEST**

I, David J. Cohen, an attorney licensed to practice law in the Commonwealth of Pennsylvania and the State of New Jersey, hereby state under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief at the time of this filing:

1. I am a 1994 graduate of the Temple University School of Law.

2. I am generally admitted to practice law in the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Eastern, Middle and Western Districts of Pennsylvania and the United States District Court for the District of New Jersey.

3. Within the past year, as a result of successful *pro hac vice* petitions, I have also practiced law in the United States District Court for the District of the District of Columbia, the United States District Court for the Middle District of Florida and the United States District Courts for the Eastern and Southern Districts of New York.

4. I have been actively engaged in the practice of law in Pennsylvania since 1994. Over the past 23 years, my practice has been focused almost exclusively on the litigation of

1

complex class and collective action cases. For the past nine years, my practice has been highly focused on representing employees in collective actions under the Fair Labor Standards Act ("FLSA") and class actions under comparable state wage and hour laws. I have managed, worked on, and successfully resolved dozens of cases, including many wage and hour class and collective actions that benefitted plaintiffs in multiple states. A copy of my professional biography for the period relevant to this case and my current law firm's biography are both attached.

5. My work on the above-captioned case began in March 2011 and has continued without interruption to the present day. During this period, I have been a partner in the law firm of Kolman Ely, P.C. (March 2011 through May 2015), an individual attorney with my own practice (June 2015 to February 2016) and Of Counsel to the law firm of Stephan Zouras LLP (March 2016 to present).

6. I submit this declaration to: 1) apprise the Court of the number of hours worked on this case by Kolman Ely, P.C., David J. Cohen, Esq. and Stephan Zouras LLP from March 2011 to present; 2) apprise the Court of out-of-pocket costs paid in this case by Kolman Ely, P.C. and Stephan Zouras LLP from March 2014 to present; 3) provide the Court with a basis for confirming the lodestar value of the hours spent on this litigation by Kolman Ely, P.C., David J. Cohen, Esq. and Stephan Zouras LLP from March 2014 to present; and 4) inform the Court's "lodestar crosscheck" of the attorney's fee sought from the settlement fund in this case.

7. According to contemporaneous time records kept during the relevant period and a review of all paper and electronic files and records relating to this case, I spent a total of 916.0 hours litigating this case from March 2011 through May 2015 (51 months) while working as a Partner at Kolman Ely, P.C. Charged at my customary/current rate of $650.00/hr., the total value of Kolman Ely, P.C.'s lodestar for this period is $595,400.00, as shown below:

| Timekeeper | Position | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| David J. Cohen | Partner | 916.0 | $650 | $595,400.00 |
| **Total:** | | **916.0** | | **$595,400.00** |

Detailed time records supporting these totals are available for the Court's inspection upon request.

8.      According to contemporaneous time records kept during the relevant period and a review of all paper and electronic files and records relating to this case, I spent a total of 264.0 hours litigating this case as an individual practitioner from June 1, 2015 through February 7, 2016 (11 months).  Charged at my customary/current rate of $650.00/hr., the total value of my lodestar for this period is $171,600.00, as shown below:

| Timekeeper | Position | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| David J. Cohen | Attorney | 264.0 | $650 | $171,600.00 |
| **Total:** | | **264.0** | | **$171,600.00** |

Detailed time records supporting these totals are available for the Court's inspection upon request.

9.      According to contemporaneous time records kept during the relevant period and a review of all paper and electronic files and records relating to this case, attorneys and staff from Stephan Zouras LLP spent a total of 596.7 hours litigating this case from March 2016 to present (22 months).  Charged at the participating individuals' customary/current rates, the total value of Stephan Zouras LLP's lodestar for this period is $328,710.00, as shown below:

| Timekeeper | Position | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| David J. Cohen | Of Counsel | 389.8 | $650.00 | $253,370.00 |
| Andrew Ficzko | Partner | 121.4 | $475.00 | $57,665.00 |
| James Zouras | Partner | 7.2 | $650.00 | $4,680.00 |
| Ryan Stephan | Partner | 2.5 | $650.00 | $1,625.00 |
| Coleen Foster | Paralegal | 34.1 | $150.00 | $5,115.00 |
| Emily Linehan | Paralegal | 23.8 | $150.00 | $3,570.00 |
| Kerry Bowers | Paralegal | 9.9 | $150.00 | $1,485.00 |
| Dion Beatty | Paralegal | 4.0 | $150.00 | $600.00 |
| Ashley Dahl | Paralegal | 2.7 | $150.00 | $405.00 |
| Natalie Tomes | Paralegal | 1.3 | $150.00 | $195.00 |
| **Total:** | | **596.7** | | **$328,710.00** |

Detailed time records supporting these totals are available for the Court's inspection upon request.

10. The time described in paragraphs 7-9, above, was spent on a wide range of endeavors, including: discovering and investigating the facts underlying Plaintiffs' claims, communicating with class members from multiple states, drafting pleadings, drafting discovery requests, engaging in meet and confer sessions and negotiations with defense counsel on numerous case issues, reviewing various discovery productions, researching class and collective certification, damages and settlement issues, reviewing Defendant's time and pay records, analyzing case damages and preparing damages models, engaging in settlement negotiations, drafting the Settlement Agreement, drafting the Class Notice and Claim Form, drafting Plaintiffs' settlement approval papers, addressing notice dissemination issues and logistics, fielding class member communications and conferring with defense counsel about the settlement approval submission.

11. The hourly rates outlined above range from $150.00 for certain paralegal work to $650.00 for lead litigation counsel. Based on my knowledge and experience, these hourly rates are well within the range of market rates charged by attorneys of equivalent experience, skill and expertise, both in this Court and elsewhere.

12. Further, hourly rates in the range sought by this filing have been routinely accepted and approved in other contingent, complex, class and collective lawsuits. *See In re Shop-Vac Mktg. & Sales Practices Litig.,* No. 2380, 2016 WL 7178421, at *16 (M.D. Pa. Dec. 9, 2016) ("hourly rates provided by counsel that do not exceed $750/hour… are reasonable"), *citing Henderson v. Volvo Cars of N. Am., LLC*, No. 09-4146, 2013 WL 1192479, at *16 (D.N.J. Mar. 22, 2013) (where billable rates ranged from $175 to $700 per hour); *In re Schering-Plough/Merck Merger Litig.,* No. 09-1099, 2010 WL 1257722, at *18 (D.N.J. Mar. 26, 2010) (concluding that an "overall hourly lodestar non-weighted average ranging from $465.68 to $681.15 is not

unreasonable"); *In re Merck & Co., Inc. Vytorin Erisa Litig.,* No. 08-285, 2010 WL 547613, at *12–13 (D.N.J. Feb. 9, 2010) (approving fee request where attorney billing rates ranged from $250/hour to $835/hour).  *See also In re Budeprion XL Mktg. & Sales Litig.,* No. 09-MD-2107, 2012 WL 2527021, at *22 (E.D. Pa. July 2, 2012) (approving hourly rates from $225 to $700 for attorneys), *citing Chakejian v. Equifax Info. Servs.*, *LLC*, 275 F.R.D. 201, 216–17 (E.D. Pa.2011) (accepting rates from $485 to $700 for partners); *Reibstein v. Rite Aid Corp.*, 761 F.Supp.2d, 241, 260 (E.D. Pa. 2011) (accepting rate of $650 for partners); *Serrano v. Sterling Testing Sys., Inc.,* 711 F.Supp.2d 402, 422 (E.D. Pa.2010) (accepting rates from $290 to $650).

13. In addition, I have personally received fees in many other cases based on an hourly rate of $600-$650 per hour, including: *Campbell v. Victory Security Agency, L.P.* (W.D. Pa. Case No. 11-cv-489) (Hon. Mark R. Hornak); *Chandler v. Heartland Employment Services, LLC* (E.D. Pa. Case No. 12-cv-4395); *Donoghue v. Verizon Communications* (E.D. Pa. Case No. 16-cv-4742) (Hon. Marilyn Heffley); *Holley v. Erickson*, (E.D. Pa. Case No. 11-cv-2444) (Hon. Eduardo C. Robreno); *Kuscavage v. HCR ManorCare*, E.D. Pa. Case No. 11-cv-0501 (Hon. David R. Strawbridge); *Ord v. F.N.B. Corp.* (W.D. Pa. Case No. 12-cv-766) (Hon. Arthur J. Schwab); *Outlaw v. Secure Health, L.P.*, (M.D. Pa. Case No. 11-cv-602) (Hon. James M. Munley); *Pomphrett v. American Home Bank,* E.D. Pa. Case No. 12-cv-2511 (Hon. Joel H. Slomsky); *Reed v. Friendly's Ice Cream LLC*, M.D. Pa. Case No. 15-cv-00298 (Hon. Sylvia H. Rambo); *Robinson v. RCN Telecom Services, Inc*. (E.D. Pa. Case No. 10-cv-6841) (Hon. Mitchell S. Goldberg); *Schwarz v. Victory Security, Inc.* (W.D. Pa. Case No. 11-cv-1267) (Hon. Mark R. Hornak); *Sherman v. American Eagle Express* (E.D. Pa. Case No. 09-cv-575) (Hon. Juan R. Sanchez); *Struett v. Susquehanna Bancshares, Inc.* (E.D. Pa. Case No. 15-cv-176) (Hon. Joseph F. Leeson); *Tompkins v. Farmers Insurance* (E.D. Pa. Case No. 14-cv-3737) (Hon. Joseph F. Leeson);

*Whitfield v. Comcast Corp.*, E.D. Pa. Case No. 11-cv-7464 (Hon. Henry S. Perkin); and *Williams v. Securitas Security Services, USA, Inc.*, E.D. Pa. Case No. 10-cv-7181 (Hon. Harvey Bartle, III).

14. The total value of the Lodestar supported by this submission is $1,095,710.00 for 1,776.7 hours of attorney and paralegal work. This total, based on the fees described in paragraphs 7-9, reflects the usual and customary rates charged by the submitting participants in complex civil lawsuits based on their skill, experience and reputation. Based on my personal experience, many discussions with my colleagues and a review of applicable case-law in this Circuit, I believe these hourly rates are within the range of rates normally and customarily charged by attorneys with similar qualifications and experience and approved by courts in similar types of cases.

15. In my professional opinion, and based on my experience, the number of hours spent on this case and the services performed during these hours were reasonable, appropriate and expended for the benefit of Plaintiffs and the Class members in this litigation.

16. Because of the need to prepare this submission for circulation to all Parties and counsel before the actual filing date, Plaintiffs' fee request does not include all time that will ultimately be required to prepare for, or participate in, the settlement approval process, or for any legal or administrative tasks completed thereafter to effectuate the settlement.

17. According to contemporaneous billing records kept during the relevant period, Kolman Ely, P.C. incurred "out-of-pocket" expenses in this litigation of $40,628.90. These expenses, summarized below, were incurred on the types of items a paying client would expect to be charged in litigation of this nature:

| EXPENSE | AMOUNT |
| --- | --- |
| CRG | $448.77 |
| Mailing | $468.63 |
| Planet Depos. | $520.50 |
| Gore Bros. | $1,051.11 |
| Global Depos. | $2,935.22 |

| | |
|---|---|
| Simpluris | $3,300.00 |
| Bruce Podrat | $3,506.00 |
| Rubin Anders | $13,956.76 |
| Attorney Expense Reimbursement | $14,441,91 |
| **Total:** | **$40,628.90** |

Business records supporting these expenses are available for the Court's inspection upon request.

18. According to contemporaneous billing records kept during the relevant period, Stephan Zouras LLP incurred "out-of-pocket" expenses in this litigation of $6,528.68. These expenses, summarized below, were incurred on the types of items a paying client would expect to be charged in litigation of this nature:

| EXPENSE | AMOUNT |
|---|---|
| Meeting | $47.94 |
| Pro Hac Filing Fees | $600.00 |
| Postage | $387.31 |
| Co-Counsel Reimbursement | $1,438.69 |
| Fern Singer / Mediation Fee | $1,678.16 |
| Travel | $2,344.01 |
| **Total:** | **$6,496.11** |

Business records supporting these expenses are available for the Court's inspection upon request.

19. The expenses incurred in this action are reflected on Kolman Ely, P.C.'s and Stephan Zouras, LLP's books. These books are prepared from expense vouchers, check records and other source materials and accurately represent the expenses incurred. These expenses are the type normally charged to clients in civil litigation, are not part of these law firms' overhead, and have been reasonable and necessary to prosecute the claims belonging to Plaintiffs and the Class members.

20. In my professional opinion, and based on my experience, the $47,125.01 in total "out-of-pocket" expenses Kolman Ely, P.C. and Stephan Zouras LLP incurred in this case, as described in paragraphs 17-18, were reasonable and inured to the benefit of Plaintiffs and the Class members.

21. In this litigation, Kolman Ely, P.C., David J. Cohen, Esq. and Stephan Zouras LLP all provided their representation on a contingent basis, without any promise or guarantee of recovery, and have not received any fee payment or cost reimbursement in this case from any source at any time since March 2011 (69 months).


Dated:  December 12, 2017            */s/ David J. Cohen*
                                     David J. Cohen
                                     STEPHAN ZOURAS LLP
                                     604 Spruce Street
                                     Philadelphia, PA 19106
                                     (215) 873-4836

                                     *Class Counsel*