IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEGGY DINKEL, VALARIE GADSON, and DEIDRE BECKFORD, for themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**MEDSTAR HEALTH INC. and WASHINGTON HOSPITAL CENTER,**<br><br>Defendants. | Civil Action No. 11-998 (CKK) |
| **DANIELLE FREEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MEDSTAR HEALTH INC., et al.,**<br><br>Defendants. | Civil Action No. 14-628 (CKK) |

### NOTICE OF SUPPLEMENTAL FILING OF MODIFICATION TO THE PARTIES' SETTLEMENT AGREEMENT

On January 17, 2018, Plaintiffs in the *Dinkel v. MedStar Health Inc.,* No. 11-998-CKK ("Dinkel"), and *Freeman v. MedStar Health Inc.*, No. 14-628-CKK ("Freeman"), proceedings filed an Unopposed Motion for Settlement Approval and for an Award of Attorneys' Fees, Costs, and Service Awards. *See* Case No. 14-628-CKK, ECF No. 146. Plaintiffs' Unopposed Motion included the Parties' fully-executed Settlement Agreement as Exhibit A. *Id*., Exhibit A. Shortly after this filing, the Parties realized that Section II(A)(2) of the Settlement Agreement inadvertently omitted one member of the *Freeman* meal-break work collective, Ms. Amanda Henderson. In order to correct this oversight, the Parties executed a joint modification to include Ms. Henderson in the *Freeman* meal-

1

break work collective definition in the Settlement Agreement. Accordingly, the Parties respectfully submit the instant Notice along with their Joint Modification to Settlement Agreement (Exhibit 1), for the Court's consideration and approval in conjunction with Plaintiffs' Unopposed Motion for Settlement Approval and for an Award of Attorneys' Fees, Costs, and Service Awards.

                              Respectfully submitted,

Dated: February 1, 2018        /s/ David J. Cohen
                                     David J. Cohen (*pro hac vice*)
                                     STEPHAN ZOURAS LLP
                                     604 Spruce Street
                                     Philadelphia, PA 19106
                                     (215) 873-4836
                                     dcohen@stephanzouras.com

                                     Jason S. Rathod, Esq. (D.C. Bar No. 100082)
                                     Nicholas A. Migliaccio, Esq. (D.C. Bar No. 484366)
                                     MIGLIACCIO & RATHOD LLP
                                     412 H St., NE Suite 302
                                     Washington, DC 20002
                                     (202) 470-3520 (Tel.)
                                     (202) 800-2730 (Fax)
                                     jrathod@classlawdc.com
                                     nmigliaccio@classlawdc.com

                                     Gary E. Mason (D.C. Bar No. 418073)
                                     Danielle Perry (D.C. Bar No. 1034960)
                                     WHITFIELD BRYSON & MASON LLP
                                     5101 Wisconsin Ave NW, Suite 305
                                     Washington, D.C.  20016
                                     Telephone:  (202) 429-2290
                                     Facsimile:  (202) 429-2294
                                     gmason@wbmllp.com
                                     dperry@wbmllp.com

                                     *Class Counsel*

| | |
|---|---|
| Dated: February 1, 2018 | /s/ Joshua B. Waxman |
| | Joshua B. Waxman, D.C. Bar 482135 |
| | S. Libby Henninger, D.C. Bar 976352 |
| | Littler Mendelson, P.C. |
| | 815 Connecticut Avenue, NW, Suite 400 |
| | Washington, DC 20006-4046 |
| | 202.842.3400 (telephone) |
| | 202.842.0011 (facsimile) |
| | Email: jwaxman@littler.com |
| | lhenninger@littler.com |
| | |
| | Angelo Spinola, admitted *pro hac vice* |
| | LITTLER MENDELSON, P.C. |
| | 3344 Peachtree Road N.E., Suite 1500 |
| | Atlanta, GA 30326 |
| | 404.233.0330 (telephone) |
| | 404.233.2361 (facsimile) |
| | Email: aspinola@littler.com |
| | |
| | *Counsel for Freeman Defendants* |
| | |
| Dated: February 1, 2018 | /s/ Emmett F. McGee, Jr. |
| | Emmett F. McGee, Jr. (D.C. Bar No. 456498) |
| | JACKSON LEWIS, P.C. |
| | 2800 Quarry Lake Drive, Suite 200 |
| | Baltimore, MD 21209 |
| | (410) 415-2003 |
| | (410) 415-2001 fax |
| | emmett.mcgee@jacksonlewis.com |
| | |
| | *Counsel for Dinkel Defendants* |